

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2014

No. 04-14-00564-CV

### IN THE ESTATE OF WADE R. BEDELL, JR., DECEASED,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013-PC-0636
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

On October 31, 2014, this appeal was abated to the trial court with instructions to enter findings of fact and conclusions of law, and the trial court clerk was ordered to file a supplemental clerk's record containing the findings and conclusions by December 1, 2014. The clerk's office of this court has verbally notified the trial court clerk that the supplemental clerk's record is late. The trial court clerk stated that the clerk who prepares supplemental clerk's records was not available; however, the trial court clerk faxed the findings of fact and conclusions of law to this court on December 12, 2014. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is further ORDERED that if appellant intends to file an amended brief in view of the findings of fact and conclusions of law, the amended brief must be filed no later than thirty days from the date of this order. The clerk of this court is directed to electronically provide a copy of the findings of fact and conclusions of law to both the appellant's attorney and the appellee's attorney.

It is FURTHER ORDERED that the trial court clerk shall file a supplemental clerk's record containing the findings of fact and conclusions of law no later than December 22, 2014. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Tom Rickhoff, Judge of Probate Court No. 2, Bexar County, Texas.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court